# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-04924 |
| | § | |
| WAYNE M. GROOMS JR. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/21/2011, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/28/2011          By: /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-04924 |
| | § | |
| WAYNE M. GROOMS JR. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $6,622.25 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of[1]:* | $6,622.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 5 | Capital One Auto Finance | $39,097.68 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $6,622.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,412.20 | $0.00 | $1,412.20 |
| David P. Leibowitz, Trustee Expenses | $5.94 | $0.00 | $5.94 |
| Lakelaw, Attorney for Trustee Fees | $2,162.50 | $0.00 | $2,162.50 |
| Lakelaw, Attorney for Trustee Expenses | $48.84 | $0.00 | $48.84 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $3,629.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

          Remaining balance:    $2,992.77

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

    Total to be paid to prior chapter administrative expenses:    $0.00
    Remaining balance:    $2,992.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

    Total to be paid to priority claims:    $0.00
    Remaining balance:    $2,992.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $345,566.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | CANDICA L.L.C. | $19,929.33 | $0.00 | $172.59 |
| 2 | CANDICA L.L.C. | $16,369.95 | $0.00 | $141.77 |
| 3 | Credit Union 1 | $4,979.55 | $0.00 | $43.13 |
| 4 | City of Oak Forest | $200.00 | $0.00 | $1.73 |
| 6 | Chase Bank USA, N.A. | $8,817.22 | $0.00 | $76.36 |
| 8 | PYOD LLC its successors and assigns as assignee of | $14,712.99 | $0.00 | $127.42 |
| 9 | Fia Card Services, NA/Bank of America | $3,932.73 | $0.00 | $34.06 |
| 10 | Metropolitan Bank and Trust | $27,563.88 | $0.00 | $238.72 |

**UST-Form 101-7-NFR (10/1/2010)**

|    |                                      |            |       |          |
|----|--------------------------------------|------------|-------|----------|
|    | Company                              |            |       |          |
| 11 | Metropolitan Bank and Trust Company  | $94,758.66 | $0.00 | $820.66  |
| 12 | Metropolitan Bank and Trust Company  | $154,301.83| $0.00 | $1,336.33|

Total to be paid to timely general unsecured claims:   $2,992.77
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-04924-CAD
Wayne M. Grooms, Jr.                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun              Page 1 of 2               Date Rcvd: Jun 29, 2011
                              Form ID: pdf006             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2011.
```
db          +Wayne M. Grooms, Jr.,    10526 S. Union,     Chicago, IL 60628-2315
aty         +Carl B Boyd,    Starks & Boyd  P C,    11528 South Halsted Street,     Chicago, IL 60628-5218
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,     420 Clayton Street,     Waukegan, IL 60085-4216
15078411    +AES/NCT,    P O Box 2461,    Harrisburg, PA 17105-2461
15078412    +American Express,    P O Box 981537,     El Paso, TX 79998-1537
15078417    +Bank of America,    P O Box 15137,     Wilmington, DE 19850-5137
15078413    +Bank of America,    1515 W. 14th Street,     Tempe, AZ 85281-6910
15078415    +Bank of America,    C/O Advanced Call Center Tech.,     P O Box 8457,    Gray, TN 37615-0457
15078414     Bank of America,    4060 Ogletown Stanton Rd.,     Mail Code DE5-019-03-07,    Newark, DE 19713
15078416    +Bank of America,    C/O Pierce & Associates, P.C.,     1 N. Dearborn, Suite 1300,
              Chicago, IL 60602-4321
15078418    +Barclays Bank Delaware,     125 S. West Street,    Wilmington, DE 19801-5014
15341588    +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
15078420    +Carnival,    C/O Barclays Bank Delaware,     P O Box 13337,    Philadelphia, PA 19101-3337
15078422    +Chase,    P O Box 15153,    Wilmington, DE 19886-5153
15078421    +Chase,    C/O Nationwide Credit, Inc.,     P O Box 740640,    Atlanta, GA 30374-0640
15432402     Chase Bank USA, N.A.,    PO Box 15145,     Wilmington, DE 19850-5145
15078423    +Chicago Firefighters Credit Union,     Visa,    P O Box 4521,    Carol Stream, IL 60197-4521
15078425    +Citi Cards,    P O Box 688901,    Des Moines, IA 50368-8901
15078424    +Citi Cards,    C/O Blitt & Gaines, P.C.,     661 W. Glenn Avenue,    Wheeling, IL 60090-6017
15078427    +City of Oak Forest,    C/O Receivable Management Solutions,     3348 Ridge Road,
              Lansing, IL 60438-3112
15078426    +City of Oak Forest,     15440 South Central Avenue,    Oak Forest, IL 60452-2195
15078429    +Community Bank of Lemont,    C/O Atty. Michael Goldstein,     17 N. State Street, #990,
              Chicago, IL 60602-3569
15078428    +Community Bank of Lemont,    1229 State Street,     Lemont, IL 60439-4419
15078431    +FIA Card Services,    P O Box 15028,     Wilmington, DE 19850-5028
15078432    +First Personal Bank,    14701 Ravinia Avenue,     Orland Park, IL 60462-3100
15078433    +Franklin Capital Corp.,     47 W. 200 South, Suite 500,     Salt Lake City, UT 84101-1621
15078434    +Gold Coast Bank,    C/O Fisher & Shapiro,     4201 Lake Cook Road,    Northbrook, IL 60062-1060
15078436    +HSBC Bank,    P O Box 5253,    Carol Stream, IL 60197-5253
15078435    +HSBC Bank,    C/O CCB Credit Services, Inc.,     P O Box 272,    Springfield, IL 62705-0272
15450575     Internal Revenue Service,     POB 7346,    Philadelphia, PA  19101-7346
15078437    +Metropolitan Bank & Trust Co.,     2201 W. Cermak Road,    Chicago, IL 60608-3996
15741296    +Metropolitan Bank and Trust Company,      c/o Martin & Karcazes, Ltd,    161 N. Clark Street, #550,
              Chicago, Illinois 60601-3376
15078439    +National City,    P O Box 856176,    Louisville, KY 40285-6176
15078438    +National City,    C/O Weltman Weinberg & Reis,     P O Box 93596,    Cleveland, OH 44101-5596
15589724    +PYOD LLC its successors and assigns as assignee of,     Citibank,     c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
15078440    +Park National Bank,    C/O Latimer, LeVay, Jurasek, L,     55 W. Monroe Street, Suite 110,
              Chicago, IL 60603-5001
15078442    +US Airways,    P O Box 13337,    Philadelphia, PA 19101-3337
15078441   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Park National Bank,     P O Box 4000,    Oak Park, IL 60303)
15078444    +Union Plus Credit Card,     P O Box 17051,    Baltimore, MD 21297-1051
15078443     Union Plus Credit Card,    C/O Frontline Asset Strategies,     1935 W. County Road, Suite 425,
              Rosevill, MN 55113
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15078419     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 29 2011 23:07:16
              Capital One Auto Finance,    P O Box 93016,    Long Beach, CA 90809-3016
15386324     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 30 2011 02:51:21
              Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
15360705     +E-mail/Text: LHANSEN@CREDITUNION1.ORG Jun 29 2011 23:07:03     Credit Union 1,
              450 E 22nd Street, Suite 250,    Lombard, IL 60148-6176
15078430     +E-mail/Text: LHANSEN@CREDITUNION1.ORG Jun 29 2011 23:07:03     Credit Union 1,    P O Box 4521,
              Carol Stream, IL 60197-4521
15610436      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2011 00:01:47
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 5
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,     Waukegan, IL 60085-4216
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,     Waukegan, IL 60085-4216
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mrahmoun             Page 2 of 2              Date Rcvd: Jun 29, 2011
                              Form ID: pdf006            Total Noticed: 45

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                    **Signature:**    /s/ Joseph Speetjens