**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-04924-CAD |
| | § | |
| WAYNE M. GROOMS JR. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $869,300.00 | Assets Exempt: | $180,000.00 |
| Total Distributions to Claimants: | $2,993.02 | Claims Discharged Without Payment: | $1,115,213.51 |
| Total Expenses of Administration: | $3,629.48 | | |

3)      Total gross receipts of $6,622.50  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $6,622.50 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $786,534.03 | $39,097.68 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,629.48 | $3,629.48 | $3,629.48 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $2,000.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $805,281.60 | $345,566.14 | $345,566.14 | $2,993.02 |
| **Total Disbursements** | $1,591,815.63 | $390,293.30 | $349,195.62 | $6,622.50 |

4).  This case was originally filed under chapter 7 on 02/09/2010.  The case was pending for 20 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/27/2011                    By:   /s/ David P. Leibowitz
                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2000 Mercedes 320 with 170,000 miles | 1129-000 | $2,000.00 |
| 2002 Honda Shadow with 9000 miles | 1129-000 | $1,200.00 |
| 2009 Federal Tax Refund | 1224-000 | $3,420.50 |
| Interest Earned | 1270-000 | $2.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,622.50** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Capital One Auto Finance | 4110-000 | $34,494.00 | $39,097.68 | $0.00 | $0.00 |
| | Bank of America | 4110-000 | $103,369.00 | NA | $0.00 | $0.00 |
| | Bank of America | 4110-000 | $60,375.00 | NA | $0.00 | $0.00 |
| | Bank of America | 4110-000 | $72,619.00 | NA | $0.00 | $0.00 |
| | Bank of America | 4110-000 | $145,293.00 | NA | $0.00 | $0.00 |
| | First Personal Bank | 4110-000 | $92,463.08 | NA | $0.00 | $0.00 |
| | First Personal Bank | 4110-000 | $19,310.52 | NA | $0.00 | $0.00 |
| | First Personal Bank | 4110-000 | $17,834.13 | NA | $0.00 | $0.00 |
| | Franklin Capital Corp. | 4110-000 | $11,205.00 | NA | $0.00 | $0.00 |
| | Metropolitan Bank & Trust | 4110-000 | $90,000.00 | NA | $0.00 | $0.00 |
| | Park National Bank | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | Park National Bank | 4110-000 | $66,871.00 | NA | $0.00 | $0.00 |
| | Park National Bank | 4110-000 | $72,700.30 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$786,534.03** | **$39,097.68** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

**UST Form 101-7-TDR (5/1/2011)**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,412.20 | $1,412.20 | $1,412.20 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.94 | $5.94 | $5.94 |
| Green Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,162.50 | $2,162.50 | $2,162.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $48.84 | $48.84 | $48.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,629.48 | $3,629.48 | $3,629.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Internal Revenue Service | 5800-000 | NA | $2,000.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,000.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CANDICA L.L.C. | 7100-000 | NA | $19,929.33 | $19,929.33 | $172.62 |
| 2 | CANDICA L.L.C. | 7100-000 | NA | $16,369.95 | $16,369.95 | $141.78 |
| 3 | Credit Union 1 | 7100-000 | $4,979.00 | $4,979.55 | $4,979.55 | $43.13 |
| 4 | City of Oak Forest | 7100-000 | $200.00 | $200.00 | $200.00 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 4; City of Oak Forest) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.73 |
| 6 | Chase Bank USA, N.A. | 7100-000 | $8,817.22 | $8,817.22 | $8,817.22 | $76.37 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | $14,712.99 | $14,712.99 | $14,712.99 | $127.43 |
| 9 | Fia Card Services, | 7100-000 | $3,932.00 | $3,932.73 | $3,932.73 | $34.06 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | NA/Bank of America | | | | | |
| 10 | Metropolitan Bank and Trust Company | 7100-000 | NA | $27,563.88 | $27,563.88 | $238.74 |
| 11 | Metropolitan Bank and Trust Company | 7100-000 | NA | $94,758.66 | $94,758.66 | $820.72 |
| 12 | Metropolitan Bank and Trust Company | 7100-000 | NA | $154,301.83 | $154,301.83 | $1,336.44 |
| | AES/NCT | 7100-000 | $12,089.00 | NA | NA | $0.00 |
| | American Express | 7100-000 | $11,112.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Carnival | 7100-000 | $16,369.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chicago Firefighters Cred | 7100-000 | $7,187.85 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $0.00 | NA | NA | $0.00 |
| | City of Oak Forest | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Community Bank of Lemont | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Community Bank of Lemont | 7100-000 | $0.00 | NA | NA | $0.00 |
| | FIA Card Services | 7100-000 | $3,211.18 | NA | NA | $0.00 |
| | FIA Card Services | 7100-000 | $4,599.00 | NA | NA | $0.00 |
| | First Personal Bank | 7100-000 | $219,999.45 | NA | NA | $0.00 |
| | First Personal Bank | 7100-000 | $241,098.34 | NA | NA | $0.00 |
| | Gold Coast Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | HSBC Bank | 7100-000 | $2,329.00 | NA | NA | $0.00 |
| | HSBC Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Metropolitan Bank & Trust | 7100-000 | $148,000.00 | NA | NA | $0.00 |
| | Metropolitan Bank & Trust | 7100-000 | $66,000.00 | NA | NA | $0.00 |
| | National City | 7100-000 | $0.00 | NA | NA | $0.00 |
| | National City | 7100-000 | $18,387.53 | NA | NA | $0.00 |
| | Union Plus Credit Card | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Union Plus Credit Card | 7100-000 | $2,329.04 | NA | NA | $0.00 |
| US Airways | 7100-000 | $19,929.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $805,281.60 | $345,566.14 | $345,566.14 | $2,993.02 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

Page No:   1
Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 10-04924-CAD | |
| **Case Name:** | GROOMS JR., WAYNE M. | |
| **For the Period Ending:** | 12/27/2011 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Date Filed (f) or Converted (c):** | 02/09/2010 (f) | |
| **§341(a) Meeting Date:** | 03/24/2010 | |
| **Claims Bar Date:** | 06/25/2010 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Single family residence located at 10526 S. Union, Chicago, IL 60628 purchased on 05/21/01 for $90,000.00, refinanced on 06/17/03 ($102,000.00) & 2nd mtg. on 02/04/04 ($20,000.00) | $125,000.00 | $110,000.00 | DA | $0.00 | FA |
| 2 | Single family residence located at 589 Tipton Ave., Woodriver, IL purchased in03/29/07 for $71,000.00. SURRENDERING TO FINANCE CO. ! ! | $75,000.00 | $2,300.00 | DA | $0.00 | FA |
| 3 | Single family residence located at 8206 S. Prairie, Chicago, IL purchased on 06/17/04 for $153,000.00 & 2nd mtg. on 04/25/07 for $67,000.00.SURRENDERING TO FINANCE CO. ! | $166,500.00 | $166,500.00 | DA | $0.00 | FA |
| 4 | Single family residence located at 14730 S. Honore, Harvey, IL purchased on 06/16/04 for $76,500.00. SURRENDERING TO FINANCE CO. ! ! | $90,000.00 | $17,381.00 | DA | $0.00 | FA |
| 5 | Single family residence located at 1006 173rd Street, East Hazel Crest, IL purchased on 09/29/04 for $63,750.00. SURRENDERING TO FINANCE CO. ! ! | $70,000.00 | $9,625.00 | DA | $0.00 | FA |
| 6 | 2 Flat residence located at 9915 S. Perry, Chicago, IL purchased on 09/23/04 for $120,000.00. SURRENDERING TO FINANCE CO. ! ! | $130,000.00 | $26,631.00 | DA | $0.00 | FA |
| 7 | Cash | $100.00 | $0.00 | DA | $0.00 | FA |
| 8 | Checking and savings account with 5/3rd Bank, Chicago, IL | $600.00 | $0.00 | DA | $0.00 | FA |
| 9 | Household furnishings | $3,000.00 | $1,000.00 | DA | $0.00 | FA |
| 10 | Clothing and shoes | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 11 | Jewelry | $400.00 | $0.00 | DA | $0.00 | FA |
| 12 | 401(K) with Chicago Fire Dept. ($80,000.00) and Pension with Chicago Fire Dept. ($78,000.00) | $158,000.00 | $0.00 | DA | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 10-04924-CAD | |
| **Case Name:** | GROOMS JR., WAYNE M. | |
| **For the Period Ending:** | 12/27/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 02/09/2010 (f) |
| **§341(a) Meeting Date:** | 03/24/2010 |
| **Claims Bar Date:** | 06/25/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 13 | 2002 Jaguar with 70,000 miles | $5,000.00 | $2,600.00 | DA | $0.00 | FA |
| 14 | 2000 Mercedes 320 with 170,000 miles | $3,000.00 | $3,000.00 | DA | $2,000.00 | FA |
| 15 | 2002 Honda Shadow with 9000 miles | $1,200.00 | $1,200.00 | DA | $1,200.00 | FA |
| 16 | 2008 BMW 5 Series with 29,000 miles. SURRENDERING TO FINANCE CO. ! ! ! | $25,000.00 | $25,000.00 | OA | $0.00 | FA |
| 17 | 2007 Nissan Maxima. SURRENDERING TO FINANCE CO. ! | $15,000.00 | $15,000.00 | DA | $0.00 | FA |
| 18 | 2009 Federal Tax Refund | $0.00 | $3,620.50 | DA | $3,420.50 | FA |
| INT | Interest Earned                (u) | Unknown | Unknown | | $2.00 | FA |

**TOTALS (Excluding unknown value)**                                                       **Gross Value of Remaining Assets**

| | $869,300.00 | $383,857.50 | | $6,622.50 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

Amend Means test to reflect spouses income - debtor to decide if he wants to purchase equity or surrender assets

Continued to 3.29.10 @ 4pm

Motion to abandon property on the 2008 BMW.

TDR prepared and sent to Tom for review and approval.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 |
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-04924-CAD | |
| **Case Name:** | GROOMS JR., WAYNE M. | |
| **Primary Taxpayer ID #:** | ******2041 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/9/2010 | |
| **For Period Ending:** | 12/27/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2401 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $6,622.50 | | $6,622.50 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.07 | $6,620.43 |
| 08/01/2011 | | Green Bank | Reverse bank service fee | 2600-000 | | ($2.07) | $6,622.50 |
| 08/01/2011 | 5002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.94 | $6,616.56 |
| 08/01/2011 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 2,162.50; Amount Allowed: 2,162.50;  Distribution Dividend: 100.00; | 3110-000 | | $2,162.50 | $4,454.06 |
| 08/01/2011 | 5004 | Lakelaw | Claim #: ; Amount Claimed: 48.84; Amount Allowed: 48.84;  Distribution Dividend: 100.00; | 3120-000 | | $48.84 | $4,405.22 |
| 08/01/2011 | 5005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,412.20 | $2,993.02 |
| 08/01/2011 | 5006 | CANDICA L.L.C. | Claim #: 1; Amount Claimed: 19,929.33; Amount Allowed: 19,929.33; Distribution Dividend: 0.87; | 7100-000 | | $172.62 | $2,820.40 |
| 08/01/2011 | 5007 | CANDICA L.L.C. | Claim #: 2; Amount Claimed: 16,369.95; Amount Allowed: 16,369.95; Distribution Dividend: 0.87; | 7100-000 | | $141.78 | $2,678.62 |
| 08/01/2011 | 5008 | Credit Union 1 | Claim #: 3; Amount Claimed: 4,979.55; Amount Allowed: 4,979.55;  Distribution Dividend: 0.87; | 7100-000 | | $43.13 | $2,635.49 |
| 08/01/2011 | 5009 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.73 | $2,633.76 |
| | | | Claim Amount          $(1.73) | 7100-001 | | | $2,633.76 |
| 08/01/2011 | 5010 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 8,817.22; Amount Allowed: 8,817.22;  Distribution Dividend: 0.87; | 7100-000 | | $76.37 | $2,557.39 |
| 08/01/2011 | 5011 | PYOD LLC its successors and assigns as assignee of | Claim #: 8; Amount Claimed: 14,712.99; Amount Allowed: 14,712.99; Distribution Dividend: 0.87; | 7100-000 | | $127.43 | $2,429.96 |
| 08/01/2011 | 5012 | Fia Card Services, NA/Bank of America | Claim #: 9; Amount Claimed: 3,932.73; Amount Allowed: 3,932.73;  Distribution Dividend: 0.87; | 7100-000 | | $34.06 | $2,395.90 |
| 08/01/2011 | 5013 | Metropolitan Bank and Trust Company | Claim #: 10; Amount Claimed: 27,563.88; Amount Allowed: 27,563.88; Distribution Dividend: 0.87; | 7100-000 | | $238.74 | $2,157.16 |
| 08/01/2011 | 5014 | Metropolitan Bank and Trust Company | Claim #: 11; Amount Claimed: 94,758.66; Amount Allowed: 94,758.66; Distribution Dividend: 0.87; | 7100-000 | | $820.72 | $1,336.44 |
| 08/01/2011 | 5015 | Metropolitan Bank and Trust Company | Claim #: 12; Amount Claimed: 154,301.83; Amount Allowed: 154,301.83;  Distribution Dividend: 0.87; | 7100-000 | | $1,336.44 | $0.00 |

| | | | **SUBTOTALS** | $6,622.50 | $6,622.50 |
|---|---|---|---|---|---|

**FORM 2**

Case 10-04924   Doc 70   Filed 12/27/11   Entered 12/27/11 11:31:04   Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document      Page 10 of 12

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-04924-CAD | |
| **Case Name:** | GROOMS JR., WAYNE M. | |
| **Primary Taxpayer ID #:** | ******2041 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/9/2010 | |
| **For Period Ending:** | 12/27/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2401 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | **TOTALS:** | | | $6,622.50 | $6,622.50 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $6,622.50 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $6,622.50 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $6,622.50 | |

**For the period of  2/9/2010 to 12/27/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,622.50 |
| | |
| Total Compensable Disbursements: | $6,622.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6,622.50 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 12/27/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,622.50 |
| | |
| Total Compensable Disbursements: | $6,622.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6,622.50 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No. | 10-04924-CAD | Trustee Name: | David Leibowitz |
| Case Name: | GROOMS JR., WAYNE M. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2041 | Money Market Acct #: | ******4924 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/27/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2010 | (18) | United States Treasury | 2009 Tax refund. | 1224-000 | $3,420.50 | | $3,420.50 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.14 | | $3,420.64 |
| 10/29/2010 | (15) | Wayne M. Grooms | Payment for equity on vehicle | 1129-000 | $200.00 | | $3,620.64 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.15 | | $3,620.79 |
| 11/30/2010 | (15) | Wayne M. Grooms | | 1129-000 | $200.00 | | $3,820.79 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.15 | | $3,820.94 |
| 12/29/2010 | (15) | Wayne Grooms | | 1224-000 | $200.00 | | $4,020.94 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.16 | | $4,021.10 |
| 01/25/2011 | (15) | Wayne Groom | | 1129-000 | $200.00 | | $4,221.10 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.17 | | $4,221.27 |
| 02/24/2011 | (14) | WOC Inc | | 1129-000 | $2,000.00 | | $6,221.27 |
| 02/28/2011 | (15) | Wayne Grooms | | 1129-000 | $200.00 | | $6,421.27 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.16 | | $6,421.43 |
| 03/24/2011 | (15) | Wayne M. Grooms | | 1129-000 | $200.00 | | $6,621.43 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.27 | | $6,621.70 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.27 | | $6,621.97 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.28 | | $6,622.25 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.25 | | $6,622.50 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $6,622.50 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $6,622.50 | $6,622.50 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $6,622.50 | |
| **Subtotal** | $6,622.50 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $6,622.50 | $0.00 | |

| **For the period of 2/9/2010 to 12/27/2011** | | **For the entire history of the account between 08/30/2010 to 12/27/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,622.50 | Total Compensable Receipts: | $6,622.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,622.50 | Total Comp/Non Comp Receipts: | $6,622.50 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,622.50 | Total Internal/Transfer Disbursements: | $6,622.50 |

**FORM 2**

Case 10-04924   Doc 70   Filed 12/27/11   Entered 12/27/11 11:31:04   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 12 of 12

Exhibit 9

| Case No. | 10-04924-CAD | | | Trustee Name: | David Leibowitz |
| Case Name: | GROOMS JR., WAYNE M. | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2041 | | | Money Market Acct #: | ******4924 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/9/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/27/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $6,622.50 | $6,622.50 | $0.00 |

**For the period of 2/9/2010 to 12/27/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,622.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,622.50 |
| Total Internal/Transfer Receipts: | $6,622.50 |
| | |
| Total Compensable Disbursements: | $6,622.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,622.50 |
| Total Internal/Transfer Disbursements: | $6,622.50 |

**For the entire history of the case between  02/09/2010 to 12/27/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,622.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,622.50 |
| Total Internal/Transfer Receipts: | $6,622.50 |
| | |
| Total Compensable Disbursements: | $6,622.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,622.50 |
| Total Internal/Transfer Disbursements: | $6,622.50 |